**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
JANUARY 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

PH

**08 C 11**

In the Matter of                                     Case Number:

Central States, Southeast and Southwest Areas Pension Fund;
and Howard McDougall, Trustee, (Plaintiffs),
v.
Brad Snodgrass, Inc., an Indiana corporation, (Defendant).

**JUDGE KENNELLY**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund; and Howard McDougall, Trustee, (Plaintiffs)

| | |
|---|---|
| NAME (Type or print) |
| John J. Franczyk, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ John J. Franczyk, Jr. |
| FIRM |
| Central States Law Department |
| STREET ADDRESS |
| 9377 W. Higgins Road, 10th Floor |
| CITY/STATE/ZIP |
| Rosemont, IL 60018 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06224947 | (847) 518-9800, Ext. 3464 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐