## United States District Court for the Northern District of Illinois

Case Number: 08cv11    Assigned/Issued By: J. N.

Judge Name: KENNELLY    Designated Magistrate Judge: SCHENKIER

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP         [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350    Receipt #: 2431549

Date Payment Rec'd: 1-2-08    Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)
[ ] Writ _____
       (Type of Writ)

__1__ Original and __0__ copies on __1-2-08__ as to BRAD SNODGRASS, INC.
                                    (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05