IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 08 C 11 |
| BRAD SNODGRASS, INC., | ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' REQUEST FOR REFUND OF FILING FEE**

TO:   Clerk of Court
      U.S. District Court, Northern District of Illinois
      Everett McKinley Dirksen Building
      219 S. Dearborn Street
      Chicago, Illinois 60604

Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, by their attorney, request a refund of a filing fee from the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. In support of their request, Plaintiffs state as follows:

1. On January 2, 2008, Plaintiffs, by their undersigned attorney, filed their initial Complaint in the above-captioned civil action.

2. After the undersigned Plaintiffs' counsel had completed the payment stage of filing at pay.gov, but prior to the time the Complaint was finally submitted through the Clerk's ECF system, counsel noticed an error in the attachments to the Complaint, and therefore canceled the filing before it was committed to the Clerk.

3. However, the $350.00 filing fee had already been deducted by pay.gov, as reflected by receipt number 2431497.

-2-

4. Immediately afterward, Plaintiffs' counsel remedied the error in the attachments to the Complaint, and began the entire filing transaction anew, this time completing the filing process in full and committing a complete Complaint to the Clerk.

5. A second $350.00 filing fee was also paid through pay.gov, reflected in receipt number 2431549.

6. The Clerk, based on the payment of this second filing fee (*i.e.*, receipt number 2431549), generated the above case number for the Complaint.

7. Thus, two filing fees were paid, but only one Complaint was filed.

8. Because Plaintiffs' counsel only intended to file one civil action, and the first pay.gov transaction was submitted in error before the Complaint was actually filed, Plaintiffs request a refund of the $350.00 overpayment reflected by receipt number 2431497.

9. The Clerk should retain the properly paid $350.00 filing fee reflected by receipt number 2431549.

*Edward H. Bogle*
_____
Edward H. Bogle   (ARDC No. 6277152)
Attorney for Plaintiffs

Central States Law Department
9377 W. Higgins Road
Rosemont, Illinois 60018-4938
(847) 518-9800, Ext. 3469
ebogle@centralstatesfunds.org

January 4, 2008