# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 11 | **DATE** | 1/8/2008 |
| **CASE TITLE** | Central States (etc.) vs. Brad Snodgrass, Inc. | | |

**DOCKET ENTRY TEXT**

The Court has reviewed plaintiffs' request for refund of filing fee [dkt. 9]. It appears that plaintiffs mistakenly paid the $350.00 filing fee twice in this case via pay.gov, the first payment under receipt no. 2431497, and the second payment under receipt no. 2431549. The Clerk is therefore directed to refund to plaintiffs, via their counsel, the $350.00 payment reflected by receipt no. 2431497.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|