AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Central States, Southeast and Southwest Areas
Pension Fund; and Howard McDougall, Trustee,
(Plaintiffs)

V.

Brad Snodgrass, Inc., an Indiana corporation,
(Defendant).

CASE NUMBER: **08 C 11**

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE KENNELLY
MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Brad Snodgrass, Inc.
c/o Janet R. Snodgrass - President/Secretary
521 Bent Tree Lane
Indianapolis, IN  46260

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward H. Bogle
Central States Law Department
9377 W. Higgins Road, 10th Floor
Rosemont, IL  60018

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**January 2, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *1/3/08 @ 7:50 pm* |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| *Bill Rorie* | *Process Server* |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: *521 Bent Tree Lane, Indianapolis, IN 46260*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *1-4-08*  _____
         Date            Signature of Server

Express Process Service, Inc
1201 N. Post Road, Ste. 5
Indianapolis, IN 46219

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 08 C 11

Plaintiff:
**Central States, Southeast and Southwest Areas Pension Fund; and
Howard McDougall, Trustee**

vs.

Defendant:
**Brad Snodgrass, Inc.**

Received by EXPRESS PROCESS SERVICE, INC. on the 3rd day of January, 2008 at 11:06 am to be served on
**Brad Snodgrass, Inc. c/o Janet R. Snodgrass - President/Secretary, 521 Bent Tree Lane, Indianapolis, IN
46260.**

I, Bill Rorie, being duly sworn, depose and say that on the **3rd day of January, 2008** at **7:50 pm, I:**

**Individually Served** the within named person with a true copy of the **Summons and Complaint** at the
aforementioned address.

**Description** of Person Served:  Age: 65,  Sex: F,  Race/Skin Color: Cauc,  Height: 5'2',  Weight: 180,  Hair: White,
Glasses: Y

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the
jurisdiction in which service was made.  I declare that the facts set forth in the foregoing Affidavit of Service are true
and correct.

**Bill Rorie**
Process Server

Subscribed and Sworn to before me on the 4th day of
January, 2008 by the affiant who is personally known
to me

NOTARY PUBLIC

**EXPRESS PROCESS SERVICE, INC.**
**1201 N. Post Road**
**Suite 5**
**Indianapolis, IN  46219-4225**
**(317) 890-1055**
Our Job Serial Number: 2008000030
Ref: 07415131

NANCY BOTBYL
NOTARY PUBLIC - OFFICIAL SEAL
State of Indiana, Marion County
My Commission Expires Jul. 18, 2009