**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and HOWARD McDOUGALL, Trustee,<br><br>        Plaintiffs,<br><br>    v.<br><br>BRAD SNODGRASS, INC., an Indiana corporation,<br><br>        Defendant. | 1:08-cv-00011<br><br>Judge Kennelly |

**PLAINTIFFS' NOTICE OF DISMISSAL**

**NOW COME** Plaintiffs Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, Trustee, by their attorney, and dismiss the above-captioned lawsuit against Defendant Brad Snodgrass, Inc., an Indiana corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(i).

Respectfully submitted,

*Edward H. Bogle*

Edward H. Bogle – ARDC No. 6277152
Attorney for Plaintiffs
Central States Funds Law Department
9377 W. Higgins Road
Rosemont, Illinois 60018-4938
(847) 518-9800, Ext. 3469
Ebogle@centralstatesfunds.org

April 24, 2008

F: 260290 / 07410034

## CERTIFICATE OF SERVICE

I, Edward H. Bogle, one of the attorneys for Plaintiffs, certify that on April 24, 2008, I caused the foregoing Plaintiffs' Notice of Dismissal to be filed electronically.  This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.  For all other parties, who are listed below, I served the foregoing by mailing said document to:

> Janet Snodgrass
> 521 Bent Tree Lane
> Indianapolis, IN 46260

Said document was deposited in the United States Mail at 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, with proper prepaid postage affixed thereto, this 24th day of April, 2008.

*Edward H. Bogle* (signature)

———————————————
Edward H. Bogle

F: 260290 / 07410034